IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN ANDERSON JR., | ) | 8:10CV13 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CRAIG WYLIE, CHRIS DUFFEK, and | ) | |
| BAGGETT, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 16, 2010, the court entered a Memorandum and Order granting Plaintiff until April 16, 2010, to amend his Complaint and clearly state a claim upon which relief may be granted against Defendants. (Filing No. 9 at CM/ECF p. 6.) In doing so, the court warned Plaintiff that if he failed to file an amended complaint by April 16, 2010, his claims against Defendants would be dismissed without further notice for failure to state a claim upon which relief may be granted. (*Id*.) Plaintiff has failed to file an amended complaint in accordance with the court's March 16, 2010, Memorandum and Order. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 26th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.